UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAYNE STEUBING, individually and as Personal Representative of the Estate of CARL STEUBING, and all others similarly situated,<br>    Plaintiffs<br><br>        v.<br><br>PAUL KORNAK and JAMES HOLLAND,<br>    Defendants. | Civil No. 1:03-CV-332<br>    (TJM/RFT)<br>    (LEAD CASE) |

---

| | |
|---|---|
| JAYNE STEUBING, individually and as Personal Representative of the Estate of CARL STEUBING, and all others similarly situated,<br>    Plaintiffs<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br>    Defendant. | Civil No. 1:04-CV-280<br>    (TJM/RFT) |

---

| | |
|---|---|
| JUDITH DIGEORGIO, individually and as Personal Representative of the Estate of JAMES J. DIGEORGIO,<br>    Plaintiffs<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br>    Defendant. | Civil No. 1:04-CV-737<br>    (TJM/RFT) |

---

RANDOLPH F. TREECE
United States Magistrate Judge

## ORDER

By an Order, dated July 21, 2004, this Court stayed all proceedings in the above-entitled cases pending the criminal prosecution of Defendant Kornak. Dkt. No. 19. In reference to the criminal prosecution, Defendant Kornak has entered a plea of guilt and his sentence is scheduled for May 27, 2005. Also, this Court consolidated the cases with docket numbers 03-cv-332 and 04-cv-280. Dkt. No. 16, Order, dated June 7, 2004.

On April 8, 2005, a telephone conference was held to determine if the stay should be lifted and a new scheduling order should be issued. Based upon the discussion during this conference, the Court issues the following orders. It is hereby

**ORDERED**, that the stay of the above captioned cases is lifted; and it is further

**ORDERED**, that the case with docket number 04-cv-737 shall be consolidated with cases designated 03-cv-332 and 04-cv-280. The lead cases shall be 03-cv-332; and it is further

**ORDERED**, that the Uniform Pretrial Scheduling Order shall be amended, as follows: (1) the discovery deadline is extended to June 1, 2006; (2) the motion filing deadline shall be September 5, 2006; and (3) the trial ready date shall be

December 5, 2006.[1]  All other provisions of the pretrial scheduling order shall remain in effect.

**SO ORDERED.**

Albany, New York
April 8, 2005

_____
RANDOLPH F. TREECE
United States Magistrate Judge

---

[1] The District Court shall set the date for trial.